♣AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

REC'D by _____ D.C.

MAR 2 7 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Fritz-Albert Anthony Hyatt | ) Case No: | 00-14008 CR MIDDLEBROOKS |
| | ) USM No: | 54229-004 |
| Date of Previous Judgment: _____ | ) | Pro Se |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____      Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: ____ to ____ months   Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant was sentenced to a mandatory minumum sentence required by statute. Therefore, Amendment 706 does not apply in this case.

Except as provided above, all provisions of the judgment date _____ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: 3/25/08

Judge's signature

Effective Date: _____
(if different from order date)

Donald. M. Middlebrooks, U.S.D.J.
Printed name and title